```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JUAN CASTILLO-GONZALEZ
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,        ) No. CR-S-09-128 JAM
12                                  )
                  Plaintiff,        )
13                                  ) STIPULATION AND ORDER TO CONTINUE
        v.                          ) STATUS CONFERENCE
14                                  )
   JUAN CASTILLO-GONZALEZ,          )
15                                  ) Date: June 2, 2009
                  Defendant.        ) Time: 9:30 a.m.
16                                  ) Judge: Hon. John A. Mendez
   _____  )
17
18
       It is hereby stipulated between the parties, Daniel McConkie,
19
   Assistant United States Attorney, attorney for the government, and Caro
20
   Marks, attorney for defendant Juan Castillo-Gonzalez, as follows:
21
       The Status Conference date of May 5, 2009, should be continued
22
   until June 2, 2009 at 9:30 a.m.  The reason for the continuance is to
23
   allow defense counsel to research defendant's claim that he did not in
24
   fact suffer the felony conviction cited in the indictment charging him
25
   with reentry into the United States after a felony conviction for
26
   robbery. Defense counsel has contacted U.S. Probation to arrange a time
27
   to review the documents supporting this alleged conviction, and needs
28
```

additional time to complete this task. It may also be necessary to order the documents pertaining to this conviction from the California Department of Corrections.

IT IS STIPULATED that the period from the date of this Stipulation up to and including June 2, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T4, to permit necessary preparation by defense counsel.

Dated: April 29, 2009

                                              Respectfully submitted,

                                              DANIEL BRODERICK
                                              Federal Defender

                                              /s/ Caro Marks
                                              _____
                                              CARO MARKS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JUAN CASTILLO-GONZALEZ

Dated: April 29, 2009

                                              LARRY G. BROWN
                                              Acting United States Attorney

                                              /s/ Daniel McConkie
                                              _____
                                         By: DANIEL MCCONKIE
                                                 Assistant U.S. Attorney

                                                    ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 5, 2009, be continued to June 2, 2009, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby

finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation, April 29, 2009, to and including, the June 2, 2009, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, to allow defense counsel time to prepare.

Dated: May 6, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge